UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. CRUMMER,

Plaintiff,

v.

NICCO PEDREIRA, et al.,

Defendants.

Case No.  26-cv-00332-VC

**ORDER OF DISMISSAL**

Michael Crummer, a detainee at Martinez Detention Facility in Contra Costa County proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend.

The time to file an amended complaint has passed and Crummer has not filed an amended complaint or otherwise responded to the court's order. In addition, the order was returned to the court as undeliverable. Accordingly, this action is dismissed without prejudice. The clerk shall issue a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____

VINCE CHHABRIA
United States District Judge